October 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BORIS TWAIN CLEWIS, Appellant

NO. 14-15-00424-CV                          V.

HARRIS COUNTY, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on February 11, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Boris Twain Clewis.

We further order this decision certified below for observance.